IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL W. KENDRICK,

    Plaintiff,

vs.                                         CASE NO: 3:07cv385/LAC

AMTECK OF KENTUCKY, INC.,

    Defendant.

_____/

**ORDER ADOPTING AMENDED DISCOVERY PLAN**

The parties have submitted a joint motion seeking to amend their discovery plan (doc. #8) as follows:

    **5.**     **Revisions to Initial Scheduling Order.**

Party and non-expert depositions to be completed by June 13, 2008. Plaintiff's disclosure of expert witnesses to be served no later than July 2, 2008. Defendant's disclosure of expert witnesses to be served no later than July 16, 2008. Depositions of expert witnesses to be completed by August 4, 2008. All other discovery to be completed by August 4, 2008.

Potentially dispositive motions, such as motions for summary judgment, to be served on or before August 22, 2008. Responses to dispositive motions to be served on or before September 11, 2008. Replies

to dispositive motion responses to be served on or before September 25, 2008. Trial is be expected to take four (4) trial days.

**7.    Good faith estimate as to when the parties believe the case will be ready for trial.**

The parties believe that the case will be ready for a four (4) day trial on November 10, 2008;

The Court having considered the motion, the parties' Amended Discovery Plan is hereby adopted and made the Order of the Court. All other provisions of the Initial Scheduling Order shall remain in full force and effect except as modified by the proposed Amended Discovery Plan.

**ORDERED** this 7th day of April, 2008.

*s/L.A. Collier*
LACEY A. COLLIER
Senior United States District Judge