IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL W. KENDRICK,

    Plaintiff,

v.                                              Case No. 3:07-cv-385/LAC/MD

AMTECK OF KENTUCKY, INC.,

    Defendant.
_____/

**ORDER**

    Before the Court is a stipulation (doc. 27) as to the voluntary dismissal of Count Five of the Complaint. Upon consideration of the foregoing, it is hereby **ORDERED**:

1.     Count Five of the complaint is hereby **DISMISSED** with prejudice. As other claims remain, the Clerk shall note that this Order does not therefore close this case.

**ORDERED** on this 19th day of November, 2008.

                                                            s/*L.A. Collier*
                                                          Lacey A. Collier
                                          Senior United States District Judge